| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

PATRICK GHOSH, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:15-CV-17
§
KEVIN BELT, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Patrick Ghosh, an inmate confined at the Hughes Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the defendants' motion to dismiss should be granted and the exercise of supplemental jurisdiction should be declined.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report and recommendation of the Magistrate Judge is **ADOPTED**. The exercise

---

[1]     Plaintiff filed a motion for extension of time in which he claims he is being denied indigent supplies, hindering his ability to object to the Magistrate Judge's report. However, plaintiff has failed to explain why his objections could not have been filed utilizing the same supplies he used to request an extension of time. Plaintiff has failed to show good cause for an extension of time; thus, the report will be adopted. However, the Court will conduct a *de novo* review of any objections filed within thirty (30) days from the date of the judgment.

of supplemental jurisdiction is therefore declined in accordance with 28 U.S.C. § 1367(c). A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

**So ORDERED and SIGNED this 27th day of September, 2017.**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE